**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BETH SCHIRNHOFER,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER COMP SOLUTIONS, LLC,<br><br>Defendant. | Case No. 2:16-cv-00462-CRE<br><br>Magistrate Judge Cynthia Reed Eddy<br><br>JURY TRIAL DEMANDED |

**APPENDIX TO DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS AND BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Deposition – Beth Schirnhofer |
| 2 | Application and Election Form |
| 3 | Deposition – Robert McElhose, Ph.D. |
| 4 | Deposition – Tim Brodkorb |
| 5 | Deposition – Dennis Wayne, M.D. |
| 6 | Therapist Notes |
| 7 | 2009, 2010, 2011, and 2012 Performance Evaluations |
| 8 | 2014-02-04 – Email from Don Schmac to Karen Gillooly and Jennifer Snyder |
| 9 | Billing Department ER Issue Memorandum re: Beth Schirnhofer |
| 10 | 2013-12-04 – Email from Jennifer Snyder to Don and Linda Schmac |
| 11 | 2013-12-06 – Email from Jennifer Snyder to Don and Linda Schmac |
| 12 | Beth Schirnhofer First Occurrence Documentation |
| 13 | Melissa Gozner First Occurrence Documentation |
| 14 | Standards of Conduct Policy |
| 15 | Hours of Work and Paydays Policy |
| 16 | Deposition – Jennifer Snyder |
| 17 | December 9, 2013 Letter signed by Brodkorb |
| 18 | Accommodation File Notes |
| 19 | 2013-12-18 Email from Snyder to Schirnhofer |
| 20 | 2014-01-06 – Fax from Jefferson Regional Medical Center to PCS |
| 21 | 2013-12-24 Email from Snyder to Schirnhofer |
| 22 | 2014-01-07 Email from Snyder to Schirnhofer |
| 23 | 2014-01-07 – Fax from Snyder to Jefferson Regional Medical Center |
| 24 | 2014-01-15 – Email from Snyder to Don and Linda Schmac |
| 25 | Deposition – Karen Gillooly |
| 26 | Accommodation Decision to Employee |

| | |
|---|---|
| **27** | 2014-01-28 Email from Snyder to Don and Linda Schmac and Karen Gillooly |
| **28** | 2014-01-28 Email from Snyder to Schirnhofer and Gillooly |
| **29** | Deposition – Linda Schmac |
| **30** | FMLA File Notes |
| **31** | 2014-01-09 FMLA Letter to Schirnhofer |
| **32** | 2014-01-09 Fax from Snyder to Dr. Bejjani's Office |
| **33** | Email String between Snyder and Schirnhofer |
| **34** | 2014-01-28 Email from Snyder to Schirnhofer |
| **35** | 2013-12-03 Email from Don Schmac to PCS Employees and Linda Schmac attaching Social Media Policy and Personal Cell Phone, Mobile Device, and Audio Use Policy |
| **36** | 2014-02-05 Email from Don Schmac to Linda Schmac |
| **37** | Schirnhofer's Facebook Page |
| **38** | Deposition – Greg Neybert |
| **39** | Deposition – Don Schmac |
| **40** | 2014-02-05 Emails between Don Schmac and Gillooly |
| **41** | Transcript from Unemployment Compensation Hearing |
| **42** | Schirnhofer's Phone Records |
| **43** | Records from Dr. Bejjani's Office |
| **44** | 2009-05-19 Email from Gillooly to Don Schmac |
| **45** | 2009-05-19 Email from Gillooly to Schirnhofer |
| **46** | *Hutter v. All American Grating , Inc.*, Allegheny County Human Relations Commission, Case No. 10-003, p. 10 (Dec. 6, 2012) Decision |