IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| BETH SCHIRNHOFER, | ) | |
| Plaintiff, | ) | 2:16-CV-00462-CRE |
| vs. | ) | |
| PREMIER COMP SOLUTIONS, LLC, | ) | |
| Defendant, | ) | |

**ORDER**

AND NOW, this 28th day of March, 2018, in conjunction with the foregoing Memorandum Opinion, it is HEREBY ORDERED, that the motion for summary judgment filed on behalf of Defendant Premier Comp Solutions (ECF No. 45) is GRANTED as to the plaintiff Beth Schirnhofer's Family Medical Leave Act claims, found in counts I and II of the plaintiff's first amended complaint, and otherwise is DENIED.

BY THE COURT:

s/Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc:  all counsel of record via CM/ECF electronic filing