IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

BETH SCHIRNHOFER                                                          PLAINTIFF

VS.                              2:16-CV-00462-BRW

PREMIER COMP SOLUTIONS, LLC.                                    DEFENDANT

VERDICT FORM

We, the jury, answer the following:

1. On Plaintiff's Americans With Disabilities Act discrimination claim, we find in favor of (circle one):

    **(Plaintiff Beth Schirnhofer)**    or    Defendant Premier Comp Solutions, LLC.

2. On Plaintiff's Pennsylvania Human Relations Act and Allegheny County Human Relations Act discrimination claim, we find in favor of (circle one):

    **(Plaintiff Beth Schirnhofer)**    or    Defendant Premier Comp Solutions, LLC.

3. On Plaintiff's Americans With Disabilities Act retaliation claim, we find in favor of (circle one):

    Plaintiff Beth Schirnhofer    or    **(Defendant Premier Comp Solutions, LLC.)**

4. On Plaintiff's Pennsylvania Human Relations Act and Allegheny County Human Relations Act retaliation claim, we find in favor of (circle one):

    Plaintiff Beth Schirnhofer    or    **(Defendant Premier Comp Solutions, LLC.)**

Note: Answer question 5 only if the above finding on questions 1, 2, 3, or 4 is for Plaintiff. If all above findings are in favor of Defendant, have your presiding juror sign and date this form and advise the bailiff that you've reached a verdict.

22

5. Do you find that Defendant would have made the same decision to terminate Plaintiff regardless of her alleged disability?   Yes ___✓___   No _____

6. Do you find that Defendant terminated Plaintiff because she posed a direct threat to the health or safety of herself and/or others in the workplace?

   Yes _____   No ___✓___

   Notes: Answer question 7 only if you found in favor of Plaintiff on questions 1, 2, 3, or 4.

7. We find Plaintiff's damages to be (write the amount or, if none, write "none"):

   Front pay              $ —0—
   Back pay               $ 35,000
   Non-economic damages:  $ $250,000

_Melissa A. Rooney_              4-12-2019
Presiding Juror                  Date

23